```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOURA GOLSORKHI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　　Defendants. | 4:23-cv-04424 DMR<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

　　　The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 10, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

　　　Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for December 12, 2023. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

Stip to Stay Proceedings
4:23-cv-04424 DMR　　　　　　　　　　　　　1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 10, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 13, 2023

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: November 13, 2023

/s/ Arash Yasrebi
ARASH YASREBI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 14, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

DONNA M. RYU
United States Chief Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.